John A. Beckstead (0263)
Brian C. Cheney (8881)
Peter H. Donaldson (9642)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800

Attorneys for Defendant Bank One, NA

---

## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNETH G. HANSEN, an individual, DAVID RUTTER, an individual, TODD FISHER, an individual FIBERTEL, INC., a Utah corporation, and K&D DEVELOPMENT, LC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>MARC S. JENSON, an individual, MSF PROPERTIES, LC, a Utah limited liability company, BANK ONE, NA, a national banking association, MORRIS K. EBELING, an individual, MARK ROBBINS, an individual, MADTRAX GROUP, LLC, a Utah limited liability company, RICHARD "SKIP" CHRISTENSEN, an individual, GEORGE LAWRENCE CRITCHFIELD, an individual, STERLING REAL ESTATE INVESTMENT TRUST, INC., an expired Delaware Corporation, SPENCER BRANNAN, an individual, UINTA RIDGE, INC., aka UINTA RIDGE | **MOTION TO DISMISS PLAINTIFFS' THIRD CLAIM FOR RELIEF - CIVIL CONSPIRACY AS TO DEFENDANT BANK ONE, NA**<br><br>Case No. 2:04cv867 TS<br><br>Honorable Ted Stewart |

316257.1



| | |
|---|---|
| DEVELOPMENT, INC., an expired Nevada corporation, FIRST WASATCH DEVELOPMENT, INC., a Nevada corporation, and DOES 1-50,<br><br>  Defendants. | |

Pursuant to Rules 12(b)(6), 8(a), and 9(b) of the Federal Rules of Civil Procedure, Defendant Bank One, NA ("Bank One") hereby moves to dismiss the Third Claim for Relief - Civil Conspiracy of the First Amended Complaint dated August 27, 2004, with respect to Bank One. This claim should be dismissed as to Bank One because the object of the conspiracy was completed prior to Bank One allegedly joining the conspiracy, the law does not recognize a claim for conspiracy to conceal an already committed tort, and the conspiracy allegations have not been pled with sufficient particularity. This motion is supported by the Memorandum filed concurrently herewith.

Dated: September 29, 2004.

/s/ John A. Beckstead
John A. Beckstead
Brian C. Cheney
Peter H. Donaldson
Snell & Wilmer L.L.P.
Attorneys for Defendant Bank One, NA

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2004, a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFFS' THIRD CLAIM FOR RELIEF - CIVIL CONSPIRACY AS TO DEFENDANT BANK ONE, NA** was mailed via first class United States mail, postage pre-paid, addressed to the following:

>Stephen J. Hill
>Robert B. Lochhead
>Parr Waddoups Brown Gee & Loveless
>185 South State, Suite 1300
>Salt Lake City, Utah 84111-1537
>
>Mark F. James
>Mark R. Clements
>Hatch, James & Dodge, P.C.
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>
>James E. Magleby
>Miller Magleby & Guymon, P.C.
>170 South Main Street, Suite 350
>Salt Lake City, Utah 84101

*/s/ John A. Beckstead*

316257.1

3