John A. Beckstead (0263)
Tyler L. Murray (10308)
Emily V. Smith (10212)
Snell & Wilmer L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101-1004
Telephone:  (801) 257-1900
Facsimile:  (801) 257-1800

*Attorneys for JPMorgan Chase Bank, N.A., as successor by merger to Bank One, NA*

### IN THE UNITED STATES DISTRICT COURT FOR THE

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNETH G. HANSEN, an individual, DAVID RUTTER, an individual, TODD FISHER, an individual, FIBERTEL, INC., a Utah corporation, and K&D DEVELOPMENT, LC, a Utah limited liability company,<br><br>            Plaintiffs,<br><br>vs.<br><br>MARC S. JENSON, an individual, MSF PROPERTIES, LC, a Utah  limited liability company, BANK ONE, NA, a national banking association, MORRIS K. EBELING, an individual, MARK ROBBINS, an individual, MADTRAX GROUP, LLC, a Utah limited liability company, RICHARD "SKIP" CHRISTENSEN, an individual, GEORGE LAWRENCE CRITCHFIELD, an individual, STERLING REAL ESTATE INVESTMENT TRUST, INC., an expired Delaware corporation, SPENCER BRANNAN, an individual, UINTA RIDGE, INC., aka UINTA RIDGE DEVELOPMENT, INC., an expired Nevada corporation, FIRST WASATCH | **CERTIFICATE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES OF JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO BANK ONE, NA**<br><br>Case No. 2:04-CV-00867 TS<br><br>Honorable Ted Stewart<br><br>Magistrate Judge |

| | |
|---|---|
| DEVELOPMENT, INC., a Nevada corporation, and DOES 1-50,<br><br>     Defendants. | |

I hereby certify that on the 20h day of June, 2006, I caused a true and correct copy of the Rule 26(a)(1) Initial Disclosures of JPMorgan Chase Bank, N.A., successor by merger to Bank One, NA and this Certificate of Service to be mailed via electronic mail and via first class United States mail, postage pre-paid, to the following:

> Stephen J. Hill
> Robert B. Lochhead
> Michael T. Hoppe
> Parr, Waddoups, Brown, Gee & Loveless
> 185 South State Street, Suite 1300
> Salt Lake City, Utah 84111-1537
>
> Mark F. James
> Mark R. Clements
> Hatch, James & Dodge, P.C.
> 10 West Broadway, Suite 400
> Salt Lake City, Utah 84101
>
> James E. Magleby
> Magleby & Greenwood, P.C.
> 170 South Main Street, Suite 350
> Salt Lake City, Utah 84101
>
> James C. Bradshaw
> Brown Bradshaw & Moffat
> 10 West Broadway, Suite 210
> Salt Lake City, Utah 84101
>
> Jeffrey M. Jones
> David W. Tufts
> Durham Jones & Pinegar
> 111 East Broadway, Suite 900
> Salt Lake City, Utah 84111

401844.1

2

Dated: June 20, 2006.

/s/ John A. Beckstead
John A. Beckstead
Tyler L. Murray
Emily V. Smith
Snell & Wilmer L.L.P.
*Attorneys for JPMorgan Chase Bank, N.A.*
