John A. Beckstead (0263)
H. Douglas Owens (7762)
Romaine C. Marshall (9654)
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, Utah  84111
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700
jabeckstead@hollandhart.com
dowens@hollandhart.com
rcmarshall@hollandhart.com
*Attorneys for JPMorgan Chase Bank, N.A., as successor by merger to Bank One, NA*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KENNETH G. HANSEN, an individual, DAVID RUTTER, an individual, TODD FISHER, an individual, FIBERTEL, INC., a Utah corporation, K&D DEVELOPMENT, LC, a Utah limited liability company, and DOUGLAS A. SMITH, an individual<br><br>           Plaintiffs,<br><br>vs.<br><br>MARC S. JENSON, an individual, MSF PROPERTIES, LC, a Utah limited liability company, BANK ONE, NA, a national banking association, MARK ROBBINS, an individual, MADTRAX GROUP, LLC, a Utah limited liability company, SPENCER BRANNAN, an individual, FIRST WASATCH DEVELOPMENT, INC., a Nevada corporation, and DOES 1-50,<br><br>           Defendants. | **BANK ONE'S MOTION FOR SUMMARY JUDGMENT**<br><br><br><br>Case No. 2:04-CV-00867 TS<br>Honorable Ted Stewart<br>Magistrate Judge Brooke C. Wells |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A., successor by merger to Bank One, NA ("Bank One"), moves this Court for summary judgment on the claims of Plaintiffs David Rutter, Todd Fisher, Fibertel, Inc., K&D Development, LC, and Douglas A. Smith's ("Plaintiffs") against Bank One.

This Motion is based on the following grounds:

1. There was no representation of a past or presently existing fact.

2. Any representations were not false.

3. Any reliance was unreasonable.

4. Bank One did not have the required pecuniary interest in the property transactions.

5. Bank One was not in a superior position to ascertain the facts.

6. Plaintiffs were not foreseeable recipients of the Bank One letters.

7. Any claim the K&D Plaintiffs might have had was extinguished by a subsequent agreement.

8. Plaintiffs failed to mitigate their damages.

9. No recovery can be had by the K&D Plaintiffs based on the indemnification agreement with Douglas Smith.

In addition to the above defenses, the claims of Smith have not been properly pled and should not be considered.

This Motion is supported by a Memorandum in Support of Bank One's Motion for Summary Judgment that is filed herewith and the Exhibits thereto.

Bank One requests that summary judgment be entered in its favor on all claims of Plaintiffs against Bank One, that Plaintiffs' Complaint be dismissed as to Bank One upon the merits, and Bank One be awarded its costs.

Dated: March 31, 2008

                                        HOLLAND & HART LLP

                                        /s/ John A. Beckstead
                                        John A. Beckstead
                                        H. Douglas Owens
                                        Romaine C. Marshall

                                        *Attorneys for JPMorgan Chase Bank, N.A.*
                                        *as successor by merger to Bank One, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following::

    Stephen J. Hill, sjh@pwlaw.com
    Robert B. Lochhead, rbl@pwlaw.com
    Jenifer L. Tomchak, jlt@pwlaw.com
    PARR, WADDOUPS, BROWN, GEE & LOVELESS
    185 South State Street, Suite 1300
    Salt Lake City, Utah 84111-1537

    Mark F. James, mjames@hjdlaw.com
    HATCH, JAMES & DODGE, P.C.
    10 West Broadway, Suite 400
    Salt Lake City, Utah 84101

    James E. Magleby, magleby@mgpclaw.com
    Christopher M. Von Maack, vonmaack@mgpclaw.com
    MAGLEBY & GREENWOOD, P.C.
    170 South Main Street, Suite 350
    Salt Lake City, Utah 84101

    Andrew G. Deiss, adeiss@joneswaldo.com
    Billie J. Siddoway, bsiddoway@joneswaldo.com
    JONES, WALDO, HOLBROOK & MCDONOUGH
    170 South Main Street, Suite 1500
    Salt Lake City, Utah 84101

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Spencer Brannan
    6429 South Trophy Ct.
    Gilbert, AZ   85297

                                                          /s/ John A. Beckstead