Stephen J. Hill (1493)
Robert B. Lochhead (1986)
Jenifer L. Tomchak (10127)
**PARR WADDOUPS BROWN GEE & LOVELESS**
185 South State Street, Suite 1300
Salt Lake City, Utah  84111-1537
Telephone:  (801) 532-7840
Facsimile:    (801) 532-7750

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNETH G. HANSEN, an individual, DAVID RUTTER, an individual, TODD FISHER, an individual, FIBERTEL, INC, a Utah corporation, and K&D DEVELOPMENT, LC, a Utah limited liability company, and DOUGLAS A. SMITH, an individual<br><br>             Plaintiffs,<br><br>vs.<br><br>MARC S. JENSON, an individual, MSF PROPERTIES, LC, a Utah limited liability company, BANK ONE, N.A., a national banking association, MARK ROBBINS, an individual, MADTRAX GROUP, LLC, a Utah limited liability company, SPENCER BRANNAN, an individual, FIRST WASATCH DEVELOPMENT, INC., a Nevada corporation, and DOES 1-50,<br><br>             Defendants. | **PLAINTIFFS' OBJECTIONS TO DEFENDANT MARK H. ROBBINS' PRETRIAL DISCLOSURES**<br><br><br><br><br>Case No. 2:04-cv-867-TS<br><br>Judge Ted Stewart<br><br>Magistrate Judge Brooke Wells |

264725

Plaintiffs David Rutter, Todd Fisher, Fibertel, Inc., K&D Development, L.C., and Douglas Smith, through their undersigned counsel, hereby object to Defendant Mark H. Robbins' Pretrial Disclosures as follows:

1.   Plaintiffs object to the following proposed exhibits as including hearsay that is inadmissible pursuant to Rule 802, Fed. R. Evid.:  MJ0639, MJ0638, and MJ0606-20.

2.   Plaintiffs object to the following proposed exhibit as lacking proper foundation: DH00005-06.

3.   Plaintiffs object to Robbins calling the following witnesses on the basis that they have not been previously disclosed by defendant Robbins:

Doug Whitney

Allen Lucas

Curtis Hall

Barry Daniels

Michael Peterson

Ryan Phelps

David Storrs

Randy Carden

Troy Stroud

Jonathan L. Cook

Charles R. Kirton, Jr.

Doug Robbins

Dan Robbins

Melissa Robbins

David Smith

DATED this 15th day of August, 2008.

                PARR WADDOUPS BROWN GEE & LOVELESS


                By: s/Robert B. Lochhead
                   Robert B. Lochhead
                   Attorneys for Plaintiffs