IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KENNETH G. HANSEN, et al.,<br><br>    Plaintiffs,<br><br><br>vs.<br><br><br>MARC S. JENSON, et al.,<br><br>    Defendants. | DEFAULT JUDGMENT AGAINST SPENCER BRANNAN<br><br><br><br><br>Case No. 2:04-CV-867 TS |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Judgment is entered against Spencer Brannan on the Tenth Claim for Relief in Plaintiffs' Second Amended Complaint in the amount of $2,148,000, plus reasonable attorney's fees and interest accrued at a rate of 12% per annum.

2. Judgment is entered against Spencer Brannan on the Eleventh Claim for Relief in Plaintiffs' Second Amended Complaint in the amount of $2,085,444.43.

3. Judgment is entered against Spencer Brannan for attorney's fees and costs in the amount of $39,942.06.

4. Prejudgment interest at a rate of 10% per year and post-judgment interest at a rate of .68% per year is awarded.

DATED   May 20, 2009.

                                                    BY THE COURT:

_____
TED STEWART
United States District Judge