Stephen J. Hill (1493)
Robert B. Lochhead (1986)
Jenifer L. Tomchak (10127)
PARR WADDOUPS BROWN GEE & LOVELESS
Attorneys for Plaintiffs
185 South State Street, Suite 1300
Salt Lake City, Utah 84111-1537
Telephone: (801) 532-7840

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KENNETH G. HANSEN, an individual, DAVID RUTTER, an individual, TODD FISHER, an individual, FIBERTEL, INC., a Utah corporation, K&D DEVELOPMENT, LC, a Utah limited liability company, and DOUGLAS A. SMITH, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>MARC S. JENSON, an individual, MSF PROPERTIES, LC, a Utah limited liability company, BANK ONE, NA, a national banking association, MARK ROBBINS, an individual, MADTRAX GROUP, LLC, a Utah limited liability company, SPENCER BRANNAN, an individual, FIRST WASATCH DEVELOPMENT, INC., a Nevada corporation, and DOES 1-50,<br><br>Defendants. | **JUDGMENT BY CONFESSION**<br><br><br><br>Case No. 2:04-CV-00867 TS<br>Honorable Ted Stewart<br>Magistrate Judge Brooke C. Wells |

By Settlement Agreement dated August 18, 2008, Plaintiffs David Rutter, Todd Fisher, Fibertel, Inc., K&D Development, LC, and Douglas A. Smith (collectively referred to as "Plaintiffs") and Defendants Mark Robbins ("Robbins") and MadTrax Group, LLC ("MadTrax") (Plaintiffs, Robbins and MadTrax collectively referred to herein as the "Parties") agreed to settle all of Plaintiffs' claims against Robbins and MadTrax based on Robbins' promise to make certain scheduled payments over a period of two years. The Parties further agreed that in the event Robbins failed to make any payment as scheduled, Plaintiffs would be entitled to the immediate entry of judgment against Robbins, after notice to Robbins, in the amount of $300,000 less any amount paid by Robbins pursuant to the Settlement Agreement prior to the date of entry of judgment. As established by the Declaration of Plaintiffs' counsel of record, Robbins failed to make payment of $50,000 due on February 18, 2009, and previously had made one or more payments in the following amount: $ 0 . Plaintiffs are therefore entitled to judgment in the amount of $ 300,000 .

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is awarded against Robbins and in favor of Plaintiffs in the amount of $ 300,000 .

2. The amount of the judgment hereby confessed does not exceed the amount due to Plaintiffs.

Dated: 10/20/09

BY THE COURT

_____
United States District Judge

I hereby confess to judgment as set forth above:

_____
Mark H. Robbins

Dated: September 8, 2008